IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV -2  A 10:00

Robert Michael Thames
Full name and prison number
of plaintiff(s)

v.

Geneva County Jail
DR. O.O. Mitchum
_____
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:05CV1060-F
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         Defendant(s) _____N/A_____

      2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Geneva County Jail
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
Geneva County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                   ADDRESS

1. Geneva County Jail P.O. Box 115 Geneva ALA 36340
2. DR. O.D. Mitchum, 100 W. Lake Professional Park, Geneva, ALA 36340
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Geneva County Jail Medical Attention, under the Eigth Amendment to the Constitution of the United States and medical malpractice OR O.O. mitchum

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

After being a chronic pain patient since 1997 and on a high dosage of narcotic pain medication daily, I was booked into the Geneva (9-15-05) (County Jail) without medication and went through severe physical withdrawal with no medical attention for 7 days. I was then sent to (Dr. O.D. Mitchum) 9/22/05. He refused to get my medical records from 4 prior doctors, and treated me with medication totally innadequate.

**GROUND TWO:** I have suffered chronic pain & mental anguish since 9/15/05

**SUPPORTING FACTS:** _____

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

File A Law Suite For monetary Relief in the form of $100.000 (One Hundred Thousand Dollars) For Pain & Suffering, Also mental Anguish, Violation of Eighth Amendment to Constitution & medical mal practice

*Robert M Kramer*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10/31/05.
(Date)

*Robert M Kramer*
Signature of plaintiff(s)

4