IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT MICHAEL THAMES,            )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CIVIL ACTION NO. 1:05cv1060-F
                                  )                    (WO)
GENEVA COUNTY JAIL, et al.,       )
                                  )
        Defendants.               )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on December 2, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1.      The plaintiff's claims against the Geneva County Jail are DISMISSED prior

        to service of process pursuant to the provisions fo 28 U.S.C. §

        1915(e)(2)(B)(I).

2.      The Geneva County Jail is DISMISSED as a defendant in this cause of action.

3.      This case, with respect to the plaintiff's claims against Dr. O. D. Mitchum is

        referred back to the Magistrate Judge for appropriate proceedings.

Done this 23rd day of December, 2005.



_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE