IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL THAMES, #206872, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-1060-MEF |
| ) | |
| DR. O. D. MITCHUM, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 12, 2008 the defendant shall show cause why he has failed to file a written report in compliance with the directives of the order entered on December 2, 2005 (Court Doc. No. 4).

Done this 27th day of February, 2008.

        /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       UNITED STATES MAGISTRATE JUDGE