IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL THAMES, #206872, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-1060-MEF |
| ) | |
| DR. O. D. MITCHUM, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the defendant shall file no response to the complaint unless and until further order of this court.

Done this 3rd day of March, 2008.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE