| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Becky R Shehee_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Becky R Shehee | C. Date of Delivery<br>2-28-08 |
| 1. Article Addressed to:<br><br>Dr. O. D. Mitchum   SW/<br>100 W. Lake Professional Park<br>Geneva, AL  36340 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>1:05CV1060<br>#10 Order   100 W<br>Lake Prof<br>PK SW/ | |
| | 3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)      ☐ Yes | |
| 2. Article Number    7007 2680 0003 1841 6896 | | |

Domestic Return Receipt                                                    102595-02-M-1540