IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL THAMES, #206872, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 1:05-cv-1060-MEF |
| DR. O. D. MITCHUM, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW, JERE BENNETT WHITE with the firm of STARNES & ATCHISON LLP, and gives notice of his appearance as additional counsel on behalf of the defendant Dr. O. D. Mitchum in the above-styled matter.

s/J. Bennett White
J. Bennett White
Bar Number: ASB-9588-E65W
Attorney for Defendant
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Birmingham, Alabama, 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: bwhite@starneslaw.com

CERTIFICATE OF SERVICE

I do hereby certify that on March 14, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

{B0822116}

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Robert Michael Thames
AIS #206872
Geneva County Jail
P. O. Box 115
Geneva, AL 36340

                    s/J. Bennett White
                    J. Bennett White
                    Bar Number: ASB-9588-E65W
                    Attorney for Defendant
                    STARNES & ATCHISON LLP
                    Seventh Floor, 100 Brookwood Place
                    Birmingham, Alabama, 35259-8512
                    Telephone: (205) 868-6000
                    Fax: (205) 868-6099
                    E-Mail: bwhite@starneslaw.com