IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL THAMES #206872, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:05-cv-1060-WKW |
| v. ) | |
| ) | |
| DR. O.D. MITCHUM, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on a Recommendation (Doc. # 12) filed by the Magistrate Judge, which recommends that the case be dismissed without prejudice for failure of the plaintiff to comply with orders of the court. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation (Doc. # 12) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for failure of the plaintiff to comply with orders of this court.

An appropriate judgment will be entered.

DONE this 25th day of March, 2008.

                                             /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE