IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL THAMES #206872, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:05-cv-1060-WKW |
| v. ) | |
| ) | |
| DR. O.D. MITCHUM, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE